UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JEQUESHA L. NOLEN, an individual,<br><br>　　　　　　　Plaintiff,<br>　　v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>　　　　　　　Defendant. | Case No.: 12-CV-02709-LHK<br><br>ORDER TO FILE CONSENT OR DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE |

Plaintiff filed a consent to proceed before a Magistrate Judge for all purposes, including trial and entry of judgment. See ECF No. 15 at 5. Accordingly, by July 26, 2012, Defendant shall file either a consent or declination to proceed before a Magistrate Judge for all purposes.

**IT IS SO ORDERED.**

Dated: July 19, 2012

　　　　　　　　　　　　　　　　　　　　　*Lucy H. Koh*
　　　　　　　　　　　　　　　　　　　　　LUCY H. KOH
　　　　　　　　　　　　　　　　　　　　　United States District Judge

1

Case No.: 12-CV-02709-LHK
ORDER TO FILE CONSENT OR DECLINATION TO MAGISTRATE JUDGE